**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Tomasello, | No. CV 06-2078-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| North Arkansas Wholesale, Inc.; et al., | |
| Defendants. | |

Plaintiff David Tomasello has filed an Objection to Judgment and Order in a Civil Case (Doc. #72) and a Motion to Vacate Void Ruling and Judgment (Doc. #73). The Court will construe these pleadings as motions to reconsider the Court's July 23, 2007 Order (Doc. #70) dismissing Plaintiff's case for lack of subject matter jurisdiction. Having reviewed both motions, the Court finds no reason to reconsider its July 23 Order.

Accordingly,

IT IS ORDERED DENYING Plaintiff's Objection to Judgment and Order in a Civil Case (Doc. #72) and Motion to Vacate Void Ruling and Judgment (Doc. #73).

DATED this 27th day of August, 2007.

James A. Teilborg
United States District Judge